J. M. Dorman, Plaintiff in Error, vs. The State of Florida, Defendant in Error.

### IN BANC.

Writ of error to Circuit Court, Baker county; Rhydon M. Call, Judge.

*Walker & Shaylor,* for Plaintiff in Error.

*J. B. Whitfield,* Attorney-General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on praecipe of counsel for plaintiff in error.

John L. Draper, Plaintiff in Error, vs. Town of Winter Park, Defendant in Error.

### DIVISION A.

Writ of error to Circuit Court, Orange county; John D. Broome, Judge.

*J. M. Cheney,* for Plaintiff in Error.

*Massey & Baumgarten,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Judgment affirmed.